# In The United States Court of Federal Claims

No. 11-867 C

(Filed: December 9, 2011)

_____

BOSTON HARBOR DEVELOPMENT
PARNTERS, LLC.,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

      A telephonic status conference will be held in this case on Tuesday, December 13, 2011, at 2:00 p.m. (EST). Chambers will contact the parties shortly before the scheduled conference time.

      **IT IS SO ORDERED.**

                                                               s/ Francis M. Allegra
                                                               Francis M. Allegra
                                                                Judge