# In The United States Court of Federal Claims

No. 11-867 C

(Filed:  December 14, 2011)

_____

BOSTON HARBOR DEVELOPMENT
PARTNERS, LLC.,

          Plaintiff,

v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**

_____

On December 12, 2011, a telephonic status conference was held in this case. Participating in the conference were David Black, for plaintiff, and William Grimaldi, for defendant.  Pursuant to discussions during the conference, the court adopts the following schedule:

1. On or before December 22, 2011, defendant shall file the administrative record on CD-ROM, and shall effectuate service to all parties;

2. On or before January 18, 2012, plaintiff shall file its motion for judgment on the administrative record;

3. On or before January 31, 2012, defendant shall file its cross-motion for judgment on the administrative record and response to plaintiff's motion;

4. On or before February 7, 2012, plaintiff shall file its reply to its motion and response to defendant's cross motion;

5. On or before February 14, 2012, defendant shall file its reply in support of its cross-motion; and

6.     Oral argument on these motions for judgment on the administrative record will be held on February 17, 2012, at 10:00 a.m. (EST) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of the oral argument.

**IT IS SO ORDERED.**

                                          s/ Francis M. Allegra
                                          Francis M. Allegra
                                          Judge