# In The United States Court of Federal Claims

No. 11-867 C

(Filed: December 16, 2011)

_____

BOSTON HARBOR DEVELOPMENT
PARTNERS, LLC.,

                    Plaintiff,

      v.

THE UNITED STATES,

                    Defendant.

_____

**ORDER**

_____

      On December 15, 2011, the court granted Emerald Corporate Center, LLC's motion to intervene in this case as defendant-intervenor. All briefing deadlines applicable to defendant established in the court's scheduling order of December 9, 2011, shall apply likewise to defendant-intervenor.

      **IT IS SO ORDERED.**

                                      s/ Francis M. Allegra
                                      Francis M. Allegra
                                      Judge