# In The United States Court of Federal Claims

No. 11-867 C

(Filed: December 22, 2011)

_____

BOSTON HARBOR DEVELOPMENT
PARTNERS, LLC.,

                Plaintiff,

         v.

THE UNITED STATES,

                Defendant,

    and

EMERALD CORPORATE CENTER, LLC,

                Defendant-Intervenor.

_____

**ORDER**

_____

    The oral argument that was originally scheduled for February 17, 2012, has been rescheduled for Tuesday, February 21, 2012, at 10:00 a.m. (EST) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of the oral argument.

    **IT IS SO ORDERED.**

                                                    s/ Francis M. Allegra
                                                    Francis M. Allegra
                                                    Judge