# In The United States Court of Federal Claims

No. 11-867 C

(Filed: February 1, 2012)

_____

BOSTON HARBOR DEVELOPMENT
PARTNERS, LLC.,

                     Plaintiff,

        v.

THE UNITED STATES,

                     Defendant,

      and

EMERALD CORPORATE CENTER, LLC,

                     Defendant-Intervenor.

_____

**ORDER**

_____

      The court will not consider any factual materials – either as attached to pleadings or exhibits to briefs – that are not part of the administrative record in this case. *See Axiom Res. Mgmt., Inc. v. United States,* 564 F.3d 1374, 1379-81 (Fed. Cir. 2009).

      **IT IS SO ORDERED.**

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge