# In The United States Court of Federal Claims

No. 11-867 C

(Filed: February 8, 2012)

_____

BOSTON HARBOR DEVELOPMENT
PARTNERS, LLC.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant,

   and

EMERALD CORPORATE CENTER, LLC,

        Defendant-Intervenor.

_____

**ORDER**
_____

    Oral argument on defendant and defendant-intervenor's motions to dismiss and the parties' cross-motions for judgment on the administrative record in this case will be held on Tuesday, February 21, 2012, at 10:00 a.m. (EST) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of the oral argument.

    Plaintiff and defendant will be limited to one hour per side; defendant-intervenor will be limited to fifteen minutes.

    **IT IS SO ORDERED.**

                                                        s/ Francis M. Allegra
                                                        Francis M. Allegra
                                                        Judge