# In The United States Court of Federal Claims

No. 11-867 C

(Filed:  February 15, 2012)

_____

BOSTON HARBOR DEVELOPMENT
PARTNERS, LLC.,

                    Plaintiff,

       v.

THE UNITED STATES,

                   Defendant,

     and

EMERALD CORPORATE CENTER, LLC,

               Defendant-Intervenor.

_____

**ORDER**

_____

On or before close of business on February 17, 2012:

1)    Defendant shall file its responses to plaintiff's motion to supplement the administrative record, filed on February 7, 2012, and to defendant-intervenor's motion to supplement the administrative record, filed on February 14, 2012.

2)    Plaintiff shall file its response to defendant-intervenor's motion to supplement the administrative record, filed on February 14, 2012.

**IT IS SO ORDERED.**

                                   s/ Francis M. Allegra
                                   Francis M. Allegra
                                   Judge