# In The United States Court of Federal Claims

No. 11-867 C

(Filed: February 22, 2012)

_____

BOSTON HARBOR DEVELOPMENT
PARTNERS, LLC.,

           Plaintiff,

v.

THE UNITED STATES,

           Defendant,

and

EMERALD CORPORATE CENTER, LLC,

           Defendant-Intervenor.

_____

**ORDER**

_____

On January 31, 2012, defendant-intervenor filed a motion to strike certain exhibits attached to plaintiff's complaint and motion for judgment on the administrative record that were not part of the administrative record. As the court has dealt with these matters in resolving other motions, defendant-intervenor's motion to strike is **DENIED**, as moot.

    **IT IS SO ORDERED.**

                                           s/ Francis M. Allegra
                                           Francis M. Allegra
                                           Judge