# In The United States Court of Federal Claims

No. 11-867 C

(Filed: February 22, 2012)

_____

BOSTON HARBOR DEVELOPMENT
PARTNERS, LLC.,

                Plaintiff,

          v.

THE UNITED STATES,

                Defendant,

      and

EMERALD CORPORATE CENTER, LLC,

                Defendant-Intervenor.

_____

**ORDER**

_____

      On January 31, 2012, defendant-intervenor filed a motion to supplement the administrative record with the declaration of Patricia Simboli. This motion is **GRANTED**, in part. The declaration shall be admitted for the limited purpose of providing indication of the harm that defendant-intervenor may suffer if a permanent injunction is granted.

      **IT IS SO ORDERED.**

                                          s/ Francis M. Allegra
                                          Francis M. Allegra
                                          Judge