# In The United States Court of Federal Claims

No. 11-867 C

(Filed:  February 22, 2012)
_____

BOSTON HARBOR DEVELOPMENT
PARTNERS, LLC.,

                    Plaintiff,

            v.

THE UNITED STATES,

                    Defendant,

       and

EMERALD CORPORATE CENTER, LLC,

                  Defendant-Intervenor.

_____

**ORDER**
_____

      On February 7, 2012, plaintiff filed a motion to supplement the administrative record with two additional exhibits.  Appendix A consists of scoring calculations offered to demonstrate prejudice to plaintiff.  Appendix B contains plaintiff's Phase I Environmental Site Assessment.  Plaintiff's motion to supplement the administrative record is **GRANTED**, in part, as to Appendix A, and **DENIED** as to Appendix B.  The materials in Appendix A are included in the administrative record for the limited purpose of proving prejudice.

    **IT IS SO ORDERED.**

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge