# In The United States Court of Federal Claims

No. 11-867 C

(Filed:  February 22, 2012)

_____

BOSTON HARBOR DEVELOPMENT
PARTNERS, LLC.,

           Plaintiff,

v.

THE UNITED STATES,

           Defendant,

and

EMERALD CORPORATE CENTER, LLC,

           Defendant-Intervenor.

_____

**ORDER**

_____

     On February 14, 2012, defendant-intervenor filed a motion to supplement the administrative record with two additional exhibits.  Exhibit A consists of color copies of site photographs already in the administrative record.  Exhibit B contains scoring calculations offered to rebut those submitted by plaintiff.  This motion is hereby **GRANTED**.  However, defendant-intervenor's calculations shall be added to the administrative record only for the limited purpose of rebutting plaintiff's claim of prejudice.

    **IT IS SO ORDERED.**

                                                s/ Francis M. Allegra
                                               Francis M. Allegra
                                               Judge