# In The United States Court of Federal Claims

No. 11-867 C

(Filed: July 2, 2012)

_____

BOSTON HARBOR DEVELOPMENT
PARTNERS, LLC.,

                Plaintiff,

        v.

THE UNITED STATES,

                Defendant,

    and

EMERALD CORPORATE CENTER, LLC,

                Defendant-Intervenor.

_____

**ORDER**

_____

On June 29, 2012, plaintiff filed a renewed emergency motion for relief from the protective order the court issued in this case on December 14, 2011. That motion is hereby **GRANTED**. Accordingly, paragraph 2 of the existing protective order is modified to read as follows:

> The protected information specified in paragraph 8 of plaintiff's Renewed Emergency Motion for Relief from Protective Order (the "Relief Protected Information") may be used solely for the purposes of litigating a protest under Solicitation for Offers No. 2818A issued by the U.S. General Services Administration in either the U.S. Government Accountability Office or this court. To the extent the Relief Protected Information is used in a GAO protest, it must be filed either in an initial non-public filing that requests issuance of a protective order issued by GAO or subsequent filings that are subject to a GAO protective order. To the extent the Relief Protected Information is used in a subsequent

protest in this court, it must be filed under seal and subject to a protective order to be issued by the court in that proceeding.

**IT IS SO ORDERED.**

                                                  s/ Francis M. Allegra
                                                  Francis M. Allegra
                                                  Judge